# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 15-70012

_____

United States Court of Appeals
Fifth Circuit

**FILED**

July 10, 2017

Lyle W. Cayce
Clerk

LISA JO CHAMBERLIN,

Petitioner - Appellee

versus

MARSHALL L. FISHER, COMMISSIONER, MISSISSIPPI DEPARTMENT
OF CORRECTIONS,

Respondent - Appellant

_____

Appeal from the United States District Court
for the Southern District of Mississippi, Hattiesburg

_____

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING EN BANC

(Opinion April 27, 2017, 5 Cir., 2017, 855 F.3d 657)

Before STEWART, Chief Judge, JOLLY, JONES, SMITH, DENNIS,
CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES,
HIGGINSON and COSTA, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

[1] Judge Graves is recused and did not participate in this decision.